**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10419 |
| | No. 10-10420 |
| Plaintiff - Appellee, | |
| | D.C. No. 4:10-cr-00061-DCB |
| v. | D.C. No. 4:10-cr-50013-DCB |
| RIGOBERTO LOPEZ-ROQUE, | |
| | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted March 6, 2012[**]

Before:      B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

In these consolidated appeals, Rigoberto Lopez-Roque appeals from his

guilty-plea conviction and 51-month sentence for re-entry after deportation, in

violation of 8 U.S.C. § 1326; and the district court's judgment revoking his

supervised release and imposing a six-month consecutive sentence.  Pursuant to

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Lopez-Roque's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Lopez-Roque has filed a supplemental brief A supplemental answering brief has not been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

In light of the foregoing, Lopez-Roque's "motion for direct notification by court to appellant" and the government's motion for summary affirmance are **DENIED**.